**Order entered June 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00539-CR
### No. 05-19-00540-CR

## CURTIS WAYNE GRIGGS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-80961-2018 & 296-80962-2018**

## ORDER

Before the Court are the June 3, 2019 "Notice[s] of Nonsuit of Appeal" filed in each of the above appeals which we shall treat as motions to dismiss the appeals. We **DENY** the motions without prejudice to filing motions to dismiss that comply with rule 42.2(a) of the rules of appellate procedure. *See* TEX. R. APP. P. 42.2(a) (appellant and his attorney must sign written motion to dismiss).

/s/     BILL PEDERSEN, III
         JUSTICE